UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:15-CV-581-ALM-CAN

Name of party requesting extension: International Association of Fire Fighters

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 6/24/2016

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 8/15/2016   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Matthew Bachop

State Bar No.: 24055127

Firm Name: Deats Durst & Owen, P.L.L.C.

Address: 1204 San Antonio Street, Suite 203
Austin, Texas 78701

Phone: 512-474-6200

Fax: 512-474-7896

Email: mbachop@ddollaw.com

A certificate of conference does not need to be filed with this unopposed application.